CLEAR FORM

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

**Walter Allen**
PLAINTIFF

**438 HART ST PVT**
Address (No Post Office Boxes)

**Brooklyn    NY    11221**
City              State    Zip Code

Case: 1:24-cv-00096 JURY TRIAL
Assigned To : Unassigned
Assign. Date : 1/10/2024
Description: Pro Se Gen (F-Deck)

VS.

**N.R.A. - Nat'l Rifle Assoc.**
DEFENDANT

Jury Trial: ✓ Yes  ☐ No

**11250 Waples Mill Road**
Address (No Post Office Boxes)

**Fairfax    VA    22030**
City          State    Zip Code

## COMPLAINT

All foreseeable constitutional-mandated associated stipulated Related to approved my USA & self petitions. Each for 900 Zillion $ 900-Zillion times. $ Closed N.R.A forward. Base on Defendant $ + all other people ov USA is eventuals Jobs lost + pay me Abased money amounts. for people ov USA don't have my REQ. Into. Such as: BCE ID# HS Diploma: W2- PPS. political party status My BCE ID is 305626087 + my PPS. is Independent. Etc. N.R.A Applications Section Into. Firearm Requalifications: Retrained + take deadly force class on a yearly basis. REQ Into. Before buying guns for N.R.A: 3 gun-6 parts: sights, Handle, trigger Barrell chamber-6 part opening pin. Get all my Into t monies - pymt for 202-354-3000 Captions 212-805-0175 Cap tions

RECEIVED
Mail Room
JAN 10 2024
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

**Walter-L-Allen**  Today 12-24-2023
Original Signature (in pen)

**Don't Apply**
Name (if applicable, Prisoner ID No.)

**Don't Apply**
Address or Facility Address

**Don't Apply**
City    State    Zip Code

Rev: 01/10/2023
*Use additional pages as needed